K. TOM KOHAN (SBN 225420)
KOHAN LAW FIRM
445 S. FIGUEROA STREET, 27TH FLOOR
LOS ANGELES, CA 90071
TEL: 310-349-1111 FAX: 213-612-7715
EMAIL: TOM@KOHANLAWFIRM.COM

FILED
CLERK, U.S. DISTRICT COURT
SEP - 2 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| STAR FABRICS, INC. | CASE NUMBER |
|---|---|
| Plaintiff(s), | CV 08-1984-PSG-FMOx |
| v. | |
| SEARS, ROEBUCK AND CO.; ANDREW SPORTS CLUB, INC., ET AL. | NOTICE OF DISMISSAL PURSUANT RULE 41(a) or (c) F.R.Civ.P. |
| Defendant(s). | |

PLEASE TAKE NOTICE: (*Check one*)

☒ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ ONLY Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to Rule 41(a) or (c) of the Federal Rules of Civil Procedure.

AUGUST 28, 2008
Date

Signature of Attorney/Party

IT IS SO ORDERED
Dated 9/2/08

United States District Judge

NOTE: *F.R.Civ.P. 41(a):* This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

CV-9 (07/01)    NOTICE OF DISMISSAL PURSUANT TO F.R.Civ.P. 41(a) or (c)